**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **MARIE LEA ANDERSON,** | ) | |
| **PLAINTIFF** | )<br>)<br>) | |
| v. | )<br>) | **CIVIL NO. 1:11-CV-109-DBH** |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER OF SOCIAL SECURITY,** | )<br>)<br>)<br>) | |
| **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**
**OF THE MAGISTRATE JUDGE**

On January 30, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, his Report and Recommended Decision. The time within which to file objections expired on February 16, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Commissioner's decision is **AFFIRMED**.

**SO ORDERED.**

**DATED THIS 17TH DAY OF FEBRUARY, 2012**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE (BANGOR)**
**CIVIL DOCKET NO. 1:11CV109 (DBH)**

| | | |
|---|---|---|
| **Marie Lea Anderson,** | Represented By | **Daniel W. Emery** |
| | | P.O. Box 670 |
| **Plaintiff** | | Yarmouth, ME 04096 |
| | | (207) 846-0989 |
| | | email: danemery@maine.rr.com |
| | | |
| v. | | |
| | | |
| **Michael J. Astrue, Commissioner, Social Security Administration,** | Represented By | **Veena Reddy** |
| | | **Matthew J. Del Mastro** |
| | | Office of General Counsel, Region I |
| **Defendant** | | Social Security Administration |
| | | JFK Federal Building, Room 625 |
| | | Boston, MA 02203-0002 |
| | | (617) 565-4283 |
| | | email: veena.reddy@ssa.gov |
| | | matthew.del.mastro@ssa.gov |